UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>                            Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., AT&T CORP.<br>and SITO MOBILE SOLUTIONS, INC.<br><br>                           Defendants. | Civil Action No. 3:15-cv-01019 (MAS-LHG)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Jan Konopca ("Plaintiff") and Defendants Wal-Mart Stores, Inc., AT&T Corp., and SITO Mobile Solutions, Inc. (collectively, "Defendants"), stipulate and jointly move that the Court dismiss this action WITH PREJUDICE as to all claims asserted by Plaintiff against Defendants. Each party shall bear his or its own fees and costs.

Dated: September 12, 2016

**Marcus Zelman, LLC**
*Attorney for Plaintiff Jan Konopca*


By: s/Yitzchak Zelman
Yitzchak Zelman, Esq. (YZ5857)
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Tel: (732)695-3282
Fax: 732-298-6256
Email: yzelman@MarcusZelman.com

**Sheppard, Mullin, Richter & Hampton LLP**
*Attorneys for Defendant Wal-Mart Stores, Inc.*

By: s/ Brian B. Garrett
Brian B. Garrett
30 Rockefeller Plaza
New York, NY 10112-0015
Tel: (212) 634-3068
Fax: (212) 655-1711
Email: BGarrett@sheppardmullin.com

**Mayer Brown, LLP**
*Attorney for Defendant AT&T Corp.*

By: *s/ Colleen Tracy James*
Colleen Tracy James, Esq.
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2122
E-mail: CTracyJames@mayerbrown.com

**Rowe Mullen LLP**
*Attorneys for Defendant SITO Mobile Solutions, Inc.*

By: *s/ Jeffrey H. Mackay*
Jeffrey H. Mackay, Esq.
3636 Nobel Drive, Suite 215
San Diego, California 92122
Tel: (858) 404-9800
Fax: (858) 404-9833
Email: mullen@rowemullen.com

SO ORDERED:

_____
Michael A. Shipp, U.S.D.J.

Dated: September 15, 2016